IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| IBRAHEM WAHBA | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | 1:20-cv-48 |
| THE GENERATION COMPANIES, LLC | ) ) ) | |
| Defendant | ) | |

COMPLAINT

Jurisdictional Statement

This Court has jurisdiction of this matter pursuant to The Fair Labor Standards Act, 29 U.S.C.A. §201 et seq (hereinafter sometimes FLSA).

The plaintiff is a citizen of Virginia. Upon information and belief, the defendant is a North Carolina LLC authorized to do business in Virginia.

Claim

1. Plaintiff is a former employee of defendant.

2. Plaintiff served as a manager of the Candlewood Suites motel located at 45520 Severn Way, Sterling, VA, US, 20166.

3. Plaintiff was paid on an hourly, not a salaried, basis.

4. Between 1/23/17 and 9/29/19, plaintiff worked more than 640 hours for defendant for which he should have been compensated by defendant at a rate of time and one-half of his hourly rate (overtime), but he was not so compensated.  See FLSA §207.

5. Unpaid overtime in this case amounts to $5,586.07.

6. Section 216 of the FLSA provides for liquidated damages in an additional equal amount as unpaid overtime compensation. Section 216 of the FLSA also provides for a reasonable attorney's fee to be paid by the defendant, and costs of the action.

WHEREFORE, plaintiff prays that the Court award judgment against defendant in the amount of $5,586.07 plus liquidated damages in an additional equal amount, plus a reasonable attorney's fee and costs of the action. The plaintiff also prays for such further relief that the Court finds appropriate.

                                                /s/
Richard B. Lankford, VSB # 30317
Counsel for plaintiff
Richard B. Lankford, Attorney at Law
10511 Judicial Drive, Suite 108
Fairfax, VA 22030
703-591-4450
703-591-5022 (fax)
rblankford@aol.com